# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**JOSHUA LANIGAN,**

                **Plaintiff,**

**vs.**                                                            **Case No.: 15-cv-474-bbc**

**CAROLYN COLVIN,**
      **Commissioner of Social Security,**

                **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Joshua Lanigan, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated May 11, 2016 and the judgment dated May 11, 2016 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 8th day of July, 2016.

                                                         **DUNCAN DISABILITY LAW, S.C.**
                                                         Attorneys for the Plaintiff

                                                         /s/ Dana W. Duncan
                                                         _____
                                                          Dana W. Duncan
                                                         State Bar I.D. No. 01008917
                                                         3930 8th Street South, Suite 201
                                                         Wisconsin Rapids, WI 54494
                                                         (715) 423-4000